# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Sherva, et al., | No. CV-19-05769-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Adams Disaster and Restoration Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 42), filed on October 30, 2020,

**IT IS ORDERED** approving the Stipulation (Doc. 42) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs except as otherwise agreed in writing by the parties.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 2nd day of November, 2020.

Honorable Diane J. Humetewa
United States District Judge